**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

D.P TECHNOLOGY CORP., Plaintiff

v.

ESPRIT IP LIMITED, Defendant.

Case Number:

```
FILED: APRIL 2, 2008
08CV1902           AEE
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, D.P. TECHNOLOGY CORP.

| | |
|---|---|
| NAME (Type or print) |
| PETER N. JANSSON |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/Peter N. Jansson |
| FIRM |
| JANSSON SHUPE & MUNGER LTD |
| STREET ADDRESS |
| 207 East Westminster |
| CITY/STATE/ZIP |
| Lake Forest, IL 60045 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 13226074 | 262-632-6900 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?
YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.