**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| D.P TECHNOLOGY CORP., Plaintiff | FILED: APRIL 2, 2008 |
| v. | 08CV1902    AEE |
| ESPRIT IP LIMITED, Defendant. | JUDGE CASTILLO |
| | MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, D.P. TECHNOLOGY CORP.

| NAME (Type or print) |
|---|
| MOLLY H. McKINLEY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/Molly H. McKinley |

| FIRM |
|---|
| JANSSON SHUPE & MUNGER LTD |

| STREET ADDRESS |
|---|
| 207 East Westminster |

| CITY/STATE/ZIP |
|---|
| Lake Forest, IL 60045 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283499 | 262-632-6900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?
YES ☐   NO ✓

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.