UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| D.P. TECHNOLOGY CORP., a California corporation, Plaintiff, v. ESPRIT IP LIMITED, a British Islands corporation, Defendant. | ) ) ) ) ) ) ) ) ) | Case No. Judge  FILED: APRIL 2, 2008<br>08CV1902    AEE<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE SCHENKIER |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2**

The undersigned, counsel of record for D.P. TECHNOLOGY CORP., plaintiff, furnishes the following list**:**

(a)   D.P. TECHNOLOGY CORP. is a plaintiff in the above-captioned lawsuit.

(b)   D.P. TECHNOLOGY CORP. is a closely held California corporation; and

   (1)  has no parent corporation

   (2)  N/A

(c)   Peter N. Jansson and Molly H. McKinley of JANSSON SHUPE & MUNGER, LTD will appear on behalf of D.P. TECHNOLOGY CORP.

Dated this 2nd day of April, 2008.

Respectfully submitted,

By:   s/Peter N. Jansson
   Peter N. Jansson (IL Bar #13226074)

pjansson@janlaw.com
Molly H. McKinley (IL Bar# 6283499)
mmckinley@janlaw.com
JANSSON SHUPE & MUNGER LTD.
207 East Westminster
Lake Forest, IL 60045
Phone: 262/632-6900
Fax: 262/632-2257