# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1902 | **DATE** | 5/16/2008 |
| **CASE TITLE** | D.P. Technology Corp. Vs. Esprit IP Limited | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed declaratory judgment complaint, said complaint is dismissed without prejudice for lack of jurisdiction and venue. First, this Court has serious question whether this proposed lawsuit presents a proper case or controversy. Second, no appropriate venue or jurisdiction over the non-resident defendant has been established. At best, jurisdiction over the defendant is appropriate in its home district or the district where the defendant made its multiple trademark filings. Therefore, the plaintiff may attempt to refile its lawsuit in either of these two districts if it believes declaratory judgment jurisdiction is available.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|